UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. GILL,
    Plaintiff,

v.                                CIVIL ACTION NO.
                                14-13621-NMG

LINDA-MARIE NAKAMURA,
    Defendant.

**REPORT AND RECOMMENDATION RE:
DEFENDANT'S FIRST AND SECOND
MOTIONS TO DISMISS THE COMPLAINT
(DOCKET ENTRY ## 11 & 20)**

July 24, 2015

**BOWLER, U.S.M.J.**

Pending before this court are defendant Linda-Marie Nakamura's ("defendant") two motions to dismiss a complaint filed by plaintiff Michael J. Gill ("plaintiff"). (Docket Entry ## 11 & 20). In the first motion, defendant moves to dismiss the complaint for lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2) ("Rule 12(b)(2)") and for improper venue pursuant to Fed.R.Civ.P. 12(b)(3) ("Rule 12(b)(3)"). (Docket Entry # 11). Alternatively, defendant moves to transfer the action to the United States District Court for the District of New Hampshire pursuant to 28 U.S.C. § 1404(a) ("section 1404(a)"). (Docket Entry # 11). In the second motion, she

*Report and Recommendation accepted and adopted.* /s/ NMGorton, USDJ 8/25/15